IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANTRAE GREGORY,

       Plaintiff,                     No. CIV S-12-0564 GGH P

    vs.

MATTHEW CATE, Agency Secretary,
California Department of
Corrections and Rehabilitation.

       Defendant.              ORDER FOR PAYMENT

_____/   OF INMATE FILING FEE

To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

Sacramento, California 95814:

           Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the

statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of

$4.75.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee, plaintiff will be

obligated to make monthly payments in the amount of twenty percent of the preceding month's

income credited to plaintiff's trust account.  The California Department of Corrections and

Rehabilitation is required to send to the Clerk of the Court the initial partial filing fee and

thereafter payments from plaintiff's prison trust account each time the amount in the account

exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

1    Good cause appearing therefore, IT IS HEREBY ORDERED that:

2    1.  The Director of the California Department of Corrections and Rehabilitation or

3  a designee shall collect from plaintiff's prison trust account an initial partial filing fee in

4  accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall

5  forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the

6  name and number assigned to this action.

7    2.  Thereafter, the Director of the California Department of Corrections and

8  Rehabilitation or a designee shall collect from plaintiff's prison trust account monthly payments

9  from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding

10  month's income credited to the prisoner's trust account and forward payments to the Clerk of the

11  Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C.

12  § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The payments shall

13  be clearly identified by the name and number assigned to this action.

14    3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

15  plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections

16  and Rehabilitation, 1515 S Street, Sacramento, California 95814.

17    4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

18  Department of the court.

19  DATED: March 20, 2012

20         /s/ Gregory G. Hollows
         UNITED STATES MAGISTRATE JUDGE

21  ggh:rb/greg0564.cdc

22

23

24

25

26