1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VANTRAE GREGORY,                          No. 2:12-cv-00564-MCE GGH P

12          Plaintiff,

13          vs.                                 ORDER

14   MATTHEW CATE, Agency Secretary,
     California Department of
15   Corrections and Rehabilitation,

16          Defendant.

17   _____/

18          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On March 21, 2012, the magistrate judge filed findings and recommendations herein

22   which were served on plaintiff and which contained notice to plaintiff that any objections to the

23   findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

24   objections to the findings and recommendations.

25   ///

26   ///

1

1   The Court has reviewed the file and finds the findings and recommendations to be

2   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3   ORDERED that:

4       1.  The findings and recommendations filed March 21, 2012 (ECF No. 5), are ADOPTED

5   in full; and

6       2.  Plaintiff's request for an immediate temporary retraining order and preliminary

7   injunction, contained in his complaint, is DENIED.

8    Dated:  April 20, 2012

9

10      MORRISON C. ENGLAND, JR.
        UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26