IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANTRAE GREGORY,

        Plaintiff,                    No. CIV S-12-0564 MCE GGH P

     vs.

MATTHEW CATE, Agency Secretary,
California Department of
Corrections and Rehabilitation.

        Defendant.               FINDINGS and RECOMMENDATIONS

_____/

        On March 21, 2012, the court directed plaintiff to file an amended complaint within twenty-eight days, and warned plaintiff that his failure to file an amended complaint would result in a recommendation that the action be dismissed. See Doc. No. 5 at 7. On May 3, 2012, because plaintiff had not filed an amended complaint, the court issued findings and recommendations recommending that the action be dismissed with prejudice. See Doc. No. 9. On June 20, 2012, plaintiff filed a motion for an extension of time to file objections to the findings and recommendations, which read that plaintiff actually sought an extension of time to file his amended complaint. See Doc. No. 10.

        On June 27, 2012, this court vacated its May 3, 2012 findings and recommendations, and granted plaintiff an extension of time to file his amended complaint. See

Doc. No. 11. The order directed that plaintiff file his amended complaint on or before July 26, 2012, and specifically warned plaintiff that his failure to file an amended complaint by July 26, 2012 would result in a recommendation that this action be dismissed with prejudice. See id. To date, plaintiff has not filed his amended complaint, or otherwise responded to the court's June 27, 2012 order.

For the reasons given in the orders filed March 21, 2012 and June 27, 2012, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: August 23, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ggh:rb
greg0564.fta(2)